# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Otis Holland,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>John Henley, *et al.*,<br><br>　　　　Respondents. | Case No. 2:25-cv-00379-RFB-MDC<br><br>**ORDER** |

　　This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Otis Holland, an individual incarcerated at the Northern Nevada Correctional Center. Holland, who is represented by counsel, paid the filing fee and filed a habeas petition on February 28, 2025. ECF No. 1. The Court has examined Holland's petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and determines that it merits service upon the respondents. The Court will order the petition served upon the respondents and will direct the respondents to appear, but will not require any further action on their part at this time.

　　**IT IS THEREFORE ORDERED** that the Clerk of the Court is kindly requested to add Aaron Ford, Attorney General of the State of Nevada, as counsel for Respondents and to provide Respondents an electronic copy of all items previously filed in this case by regenerating the Notice of Electronic Filing to the office of the Attorney General only.

　　**IT IS FURTHER ORDERED** that the respondents will have 30 days from the date of this order to appear in this action. Respondents will not be required to respond to the habeas petition at this time.

　　**DATED:** April 10, 2025.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**