# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OTIS HOLLAND,<br><br>        Petitioner,<br><br>v.<br><br>JOHN HENLEY, *et al*.,<br><br>        Respondent. | Case No. 2:25-cv-00379-RFB-MDC<br><br>**ORDER** |

In this habeas corpus action by Petitioner Otis Holland, who is represented by counsel, the respondents were due to file an answer or other response to the habeas Petition (ECF No. 1) by August 4, 2025. See ECF No. 5. On August 4, 2025, Respondents filed a motion for extension of time (ECF No. 7), requesting a 45-day extension, to September 18. This would be the first extension of this deadline. Respondents' counsel states that the extension is necessary because they are relatively new to the case and because of obligations in other cases. Respondents' counsel represents that Holland does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

Therefore, **IT IS HEREBY ORDERED** that Respondents' (ECF No. 7) motion for enlargement of time is **GRANTED.** A response to the (ECF No. 1) Petition is due on or before September 18, 2025.

**DATED:** August 5, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**