**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

OTIS HOLLAND,

       Petitioner,

   v.

JOHN HENLEY, *et al.*,

       Respondents.

Case No. 2:25-cv-00379-RFB-MDC

**EXTENSION ORDER**

    Before the Court is Petitioner's Unopposed Motion for Enlargement of Time (ECF No. 23). Through it, Petitioner seeks an additional 45 days to oppose Respondents' Motion to Dismiss (ECF No. 22). Per Petitioner's Counsel, Respondents do not object to an extension. See ECF No. 23 at 2. The Court finds that Petitioner's request is made in good faith and not solely for the purpose of delay.

    Good cause being found, **IT IS HEREBY ORDERED** Petitioner's Motion for Enlargement of Time (ECF No. 23) is **GRANTED**. Since Petitioner's opposition was originally due on March 10, 2026, see generally ECF Nos. 5, 22, Petitioner now has up to, and including, April 24, 2026, to respond to Respondents' Motion to Dismiss.

    **DATED**: March 11, 2026.

                              _____

                              **RICHARD F. BOULWARE, II,**
                              **UNITED STATES DISTRICT JUDGE**

1