**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

OTIS HOLLAND,

      Petitioner,

      v.

JOHN HENLEY, *et al.*,

      Respondents.

Case No. 2:25-cv-00379-RFB-MDC

**EXTENSION ORDER**

Before the Court is Petitioner's Unopposed Motion for Enlargement of Time (ECF No. 27). Through it, Petitioner seeks an additional 30 days to oppose Respondents' Motion to Dismiss (ECF No. 22). Per Petitioner's Counsel, Respondents do not object to an extension. See Second Unopposed Mot. for Enlargement of Time 2, ECF No. 27. The Court finds that Petitioner's request is made in good faith and not solely for the purpose of delay.

Good cause being found, **IT IS HEREBY ORDERED** Petitioner's Motion for Enlargement of Time (ECF No. 27) is **GRANTED**. Since Petitioner's opposition was originally due on April 24, 2026, see generally Order, ECF No. 24 (Mar. 11, 2026), Petitioner now has up to, and including, **May 26, 2026**, to respond to Respondents' Motion to Dismiss.

**DATED**: May 1, 2026.

                                        _____
**RICHARD F. BOULWARE, II,**
**UNITED STATES DISTRICT JUDGE**

1