# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

OTIS HOLLAND,

            Petitioner,

   v.

JOHN HENLEY, *et al.*,

            Respondents.

Case No. 2:25-cv-00379-RFB-MDC

**EXTENSION ORDER**

Petitioner Otis Holland seeks an extension of time to file his opposition to Respondents' motion to dismiss. See generally Mot. to Extend, ECF No. 30. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

Therefore, **IT IS HEREBY ORDERED** Petitioner's Third Unopposed Motion for Enlargement of Time (ECF No. 30) is **GRANTED**. Mr. Holland now has up to, and including, **June 22, 2026**, to file his opposition

    **DATED:** June 5, 2026.

                                  _____

                                  **RICHARD F. BOULWARE, II**
                                  **UNITED STATES DISTRICT JUDGE**