**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OTIS HOLLAND,

Petitioner,

v.

JOHN HENLEY, et al.,

Respondents.

Case No. 2:25-cv-00379-RFB-MDC

**ORDER**

Respondents seek an extension of time to file their reply in support of their motion to dismiss. ECF No. 34. Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471, *et seq.*[1] Given the age of this case and the length of time the motion to dismiss has been pending, Respondents will have **a final extension** until **September 11, 2026,** to file their reply. Given the Court's case management responsibilities under the CJRA, moving forward counsel will be required to prioritize the briefing of the motion to dismiss in this case over later-filed matters.

**IT IS THEREFORE ORDERED** that Respondents' first Motion to Extend Time (ECF No. 34) is GRANTED, in part. Respondents have until September 11, 2026, to file their reply in support of their motion to dismiss.

DATED this 24 day of August, 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

[1] The CJRA provides that each United States District Court must develop a civil justice expense and delay reduction plan to facilitate the deliberate adjudication of civil cases on the merits, monitor and improve litigation management, and reduce cost and delay. *See also* Fed. R. Civ. P. 1 (noting the rules should be implemented to "secure the just, speedy, and inexpensive determination" of each case). The CJRA mandates the early and on-going judicial management of case progress. 28 U.S.C. § 473(a).