**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

OTIS HOLLAND,

Petitioner,

v.

JOHN HENLEY, et al.,

Respondents.

Case No. 2:25-cv-00379-RFB-MDC

**ORDER**

Petitioner Otis Holland seeks an extension of time to file his response to the Court's order instructing Holland to inform the Court how he would like to proceed regarding Grounds II and IV(2)(b). The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

**IT IS THEREFORE ORDERED** that Petitioner's first unopposed Motion to Extend Time (ECF No. 38) is GRANTED. Holland has until December 22, 2026, to file his response to the Court's order.

DATED this 19 day of November, 2026.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE